|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

AsUNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE

| | | |
|---|---|---|
| PETER PARRINO, | | CASE NO. 2:23-cv-869 MJP |
| | Plaintiff, | ORDER GRANTING STIPULATED EXTENSION |
| v. | | |
| AMERITAS INVESTMENT COMPANY LLC; LPL FINANCIAL LLC, | | |
| | Defendant. | |

This matter comes before the Court on the parties' Stipulated Motion for Extension of Time for Defendants to Answer or Otherwise Respond to the Complaint. (Dkt. No. 18.) Having reviewed the Motion, the docket, and all other relevant material, the Court GRANTS the Motion. Defendants have until August 18, 2023 to answer or otherwise respond to the Complaint.

//

//

//

ORDER GRANTING STIPULATED EXTENSION - 1

1     The clerk is ordered to provide copies of this order to all counsel.

2     Dated July 31, 2023.

                                             Marsha J. Pechman
                                             United States Senior District Judge